UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

FILED

2017 JUL 12 PM 12:04

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re:                                                                                           Bk. No. 17-10638-BAH

Michael George Pond                                                                   Chapter 13

Doris Ruth Pond

        Debtors

NOTICE OF OBJECTION TO DITECH PROOF OF CLAIM

Proof of claim states principal and interest arrearage as 16,259.28. We agree with this amount. Prepetition fees due as 1794.05. We agree with this amount. Escrow deficiency for funds advanced as 3193.13. We agree with this amount. Projected escrow shortage as 3260.48. We object to this amount of money as the mortgage payment that was 1849.79 has been increased to 1935.56 to cover this projected escrow shortage. Proof of claim states mortgage payment to be 1849.79 when the payment has been increased to 1935.56.

Date: July 10, 2017          Signatures:

                                         Michael Pond

                                         Doris Pond

                                         54 Fogg Road

                                         Epping, NH 03042

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE

FILED

2017 JUL 12  PM 12: 04

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

IN RE:

Bk. No. 17-10638- BAH

Chapter 13

Michael George Pond

Doris Ruth Pond

Debtors

## NOTICE OF HEARING

Hearing has been requested by debtors to object to Proof of claim filed by ditech.

Hearing will be held on August 16, 2017 at 11:00 in court room one.

Signed Michael G. Pond

Doris R. Pond

Debtors

Date / Jul 10, 2017

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW HAMPSHIRE (MANCHESTER)

FILED 2017 JUL 12 PM 12: 04 CLERK OF THE BANKRUPTCY COURT DISTRICT OF NH

In re:

Michael George Pond

Doris Ruth Pond

   Debtors

Chapter 13

Case No: 17-10638-BAH

## CERTIFICATE OF SERVICE

I, Doris Pond do hereby certify that on July 9, 2017, I served a copy of the notice of hearing and a copy of objection to proof of claim filed by Ditech, by mailing a copy of same by first class mail, postage prepaid.

Signed this day the 9th day of July 2017.   Michael Pond  *(signature)*

                                       Doris Pond  *(signature)*

54 Fogg Road

Epping, NH 03042

VIA US MAIL

Marinosci Law Group

275 West Natick Road

Warwick, RI 02886